IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE J. BROWN, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DASHAWN BROOKS, et al. | : | NO. 23-2966 |

## **O R D E R**

AND NOW, this 12th day of August, 2024, upon consideration of Plaintiff Tawanna Brown's Motion for a Protective Order (Doc. 59), and the response (Doc. 65), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. A third-party may attend the evaluation with Plaintiff and be present during any interview portion of the evaluation, but may <u>not</u> be present during the standardized testing portion.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.