IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE J. BROWN, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DASHAWN BROOKS, et al. | : | NO.  23-2966 |

## **O R D E R**

AND NOW, this   31st   day of October, 2024, upon consideration of Defendant Brooks' and Mayflower's Motion for Partial Summary Judgment (Doc. 76), the response (Doc. 81), the attachments to each, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment is DENIED.

In light of this determination, IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Supplemental Asset Discovery Responses of Mayflower (Doc. 73) and the Motion to Amend the Scheduling Order (Doc. 74) ARE GRANTED.  Within 14 days of the entry of this Order, Defendant Mayflower Linen & Laundry shall provide responses to Plaintiffs' supplemental asset and income interrogatories.

BY THE COURT:


/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.