IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE J. BROWN, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DASHAWN BROOKS, et al. | : | NO. 23-2966 |

# **O R D E R**

AND NOW, this   4th   day of November, 2024, upon consideration of Defendant Penske's Motion for Summary Judgment (Doc. 79), the response (Doc. 84), the attachments to each, the reply (Doc. 87-1), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Summary Judgment is GRANTED.  Judgment is entered in favor of Penske on all claims brought against it.

BY THE COURT:


/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.