IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE J. BROWN, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DASHAWN BROOKS, et al. | : | NO. 23-2966 |

## **O R D E R**

AND NOW, this   5th   day of November, 2024, upon consideration of Plaintiffs' Motion to Preclude the Testimony of Lynda Kopishke (Doc. 78), including the documents attached to the motion, the response (Doc. 82-2), and for the reasons discussed in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion to Preclude the Testimony of Lynda Kopishke is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.