IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE J. BROWN, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DASHAWN BROOKS, et al. | : | NO. 23-2966 |

## **O R D E R**

AND NOW, this   22nd   day of November, 2024, upon consideration of Plaintiffs' Motion in Limine to Preclude Yvonne Dailey at Trial (Doc. 77), the response (Doc. 106), and for the reasons explained in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED.  Ms. Dailey is precluded from testifying and her analysis of Plaintiffs' past medical bills is precluded from evidence.

                                                              BY THE COURT:


                                                              /s/ Elizabeth T. Hey_____
                                                              ELIZABETH T. HEY, U.S.M.J.